**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GILBERT HERNANDEZ, | ) | NO. CV 12-8893-JVS (KS) |
|       Petitioner, | ) | |
| v. | ) | JUDGMENT |
| RON BARNES, | ) | |
|       Respondent. | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED:   February 23, 2016

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE